**Order entered August 7, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00210-CV

## IN THE INTEREST OF A.A.E. AND J.O.E., CHILDREN

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-53528-2014**

## ORDER

Before the Court is the July 26, 2018 second motion of Jeremy J. Poet to withdraw as counsel for appellee, Michael C. Enge. We **GRANT** the motion. We **DIRECT** the Clerk of this Court to remove Mr. Poet as counsel for appellee. Appellee is now appearing before the Court pro se. We **DIRECT** the Clerk of this Court to send a copy of this order and all future correspondence to appellee at:

353 Frosty Hollow Rd.
Denison, Texas 75021

(903) 271-4948

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE